# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

_____

No: 19-2302

_____

Rudy Butch Stanko, individually, and on behalf of similarly situated non Indian residents on the Pine Ridge Indian Reservation and border towns

Plaintiff - Appellant

v.

State of South Dakota; Marya Vrooman Tellinguissen, individually, and in her self-appointed official capacity/jurisdiction to hold court for misdemeanor allegations made by Indians on the Pine Ridge Indian Reservation against non-Indians in an alien jurisdiction, venue and vicinage in Fall River County; Carol Foster, individually, and in her official capacity as a self-appointed magistrate to set cash bonds for misdemeanor allegations made by Indians against non-Indians on the Pine Ridge Indian Reservation in an alien Fall River jurisdiction, venue and vicinage; Jailer Brandon Luther, in his official capacity as a guard at the Fall River County jail

Defendants - Appellees

Jailer Brandon Luther, in his individual capacity; Austin Chafin, individually, and in his official capacity as a Hot Springs policeman

Defendants

James Sword, individually, and as a hired attorney for the Pine Ridge Indian Reservation; as a private attorney with a Hot Spring office; and in his official capacity as an elected Fall River County Attorney in an alien jurisdiction, venue and vicinage

Defendant - Appellee

Defendants 1x through 4x

Defendant

_____

Appeal from U.S. District Court for the District of South Dakota - Rapid City
(5:18-cv-05088-KES)

_____

## JUDGMENT

Before LOKEN, BENTON, and ERICKSON, Circuit Judges.

    The court has carefully reviewed the original file of the United States District Court and orders that this appeal be dismissed for lack of jurisdiction.

June 25, 2019

Order Entered at the Direction of the Court:
Clerk, U.S. Court of Appeals, Eighth Circuit.

_____
      /s/ Michael E. Gans