UNITED STATES DISTRICT COURT

DISTRICT OF SOUTH DAKOTA

WESTERN DIVISION

| | |
|---|---|
| RUDY STANKO,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>AUSTIN CHAFIN, BRANDON LUTHER, and Defendants "1X thru 4x,"<br><br>　　　　　Defendants. | 5:18-CV-05088-KES<br><br><br>JUDGMENT |

Based on the Order Dismissing Case, it is

ORDERED, ADJUDGED, AND DECREED that judgment is entered against plaintiff, Rudy Stanko and in favor of defendants "1X thru 4x."

Dated August 7, 2019.

　　　　　　　　　　　　　　　BY THE COURT:


　　　　　　　　　　　　　　　/s/ *Karen E. Schreier*
　　　　　　　　　　　　　　　KAREN E. SCHREIER
　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE