UNITED STATES DISTRICT COURT

DISTRICT OF SOUTH DAKOTA

WESTERN DIVISION

| | |
|---|---|
| RUDY STANKO, individually, and on behalf of similarly situated non-Indian residents on the Pine Ridge Indian Reservation and border towns;<br><br>Plaintiff,<br><br>vs.<br><br>AUSTIN CHAFFIN, individually, and in his official capacity as a Hot Springs policeman, and jailer BRANDON LUTHER, in his individual capacity;<br><br>Defendants. | 5:18-CV-05088-KES<br><br><br>ORDER GRANTING AUSTIN CHAFFIN AND BRANDON LUTHER'S MOTIONS FOR SUMMARY JUDGMENT |

Under the Order Granting Austin Chaffin and Brandon Luther's Motions for Summary Judgment, it is

ORDERED, ADJUDGED, AND DECREED that judgment is entered in favor of defendants, Austin Chaffin and Brandon Luther, and against plaintiff, Rudy Stanko.

Dated July 31, 2020.

BY THE COURT:

/s/ *Karen E. Schreier*
KAREN E. SCHREIER
UNITED STATES DISTRICT JUDGE